In The
UNITED STATES COURT OF APPEALS
For the Eighth Circuit

| UNITED STATES OF AMERICA, | ) | Appeal No. 25-2159 |
|---|---|---|
| v. Appellee, | ) ) ) | **MOTION TO WITHDRAW AND FOR SUBSTITUTION OF COUNSEL** |
| HARSHKUMAR RAMANLAL PATEL, | ) ) ) | |
| Appellant. | ) ) | |

Federal Defender, Katherian D. Roe, respectfully moves to withdraw from the representation of Mr. Patel. The Court appointed the Federal Defender on this date. Whereas the Defender is always willing to accept representation on such matters, the Defender's Office represents Co-defendant Shand and therefore has a conflict of interest.

Dated: 06-30-2025

Respectfully submitted,

s/ *Katherian D. Roe*

Katherian D. Roe
Federal Defender
District of Minnesota
Attorney ID 214668

107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-664-5858

Attorney for the Appellant

# CERTIFICATE OF SERVICE
# AND COMPLIANCE WITH RULE 32(a)
# FOR DOCUMENTS FILED USING CM/ECF

**Certificate of Service When Not All Case Participants are CM/ECF Participants**

I hereby certify that on June 30, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I hereby certify that the motion contains 49 words, as counted by the word-processing system Microsoft Word, and complies with the type-volume limitations and typeface requirements.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

    Harshkumar Ramanlal Patel

*s/ Sandy Krattley*